IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RACHEL GUNTER, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) DELL TECHNOLOGIES INC., ) ) Defendant. ) ) | Case No.: 1:23-cv-00937-JKB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rachel Gunter hereby voluntarily dismisses her claims against Defendant in the above-captioned action with prejudice. Defendant has not served an answer or a motion for summary judgement.

Dated: August 15, 2023         Respectfully submitted,

*/s/ James P. Ulwick*
James P. Ulwick (Federal Bar No. 00536)
**KRAMON & GRAHAM, P.A**.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (facsimile)
julwick@kg-law.com

Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Ave.
Berwyn, PA 19312
(T): (888)-711-9975
(F): (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

Daniel O. Herrera
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
150 S. Wacker Dr.
Suite 3000
Chicago, Illinois 60606
Telephone: (312)782-4880
Facsimile: (312)782-7785
dherrera@caffertyclobes.com

*Attorneys for Plaintiff*

2